# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

OUTDOOR POWERHOUSE, LLC

VERSUS

BROWN & BROWN OF LOUISIANA,
LLC D/B/A BROWN & BROWN OF
BATON ROUGE AND KATIE CAVIN
AND LAURIE BONNER

NO.   2025 CW 0838

NOVEMBER 26, 2025

---

In Re:   Brown & Brown of Lousiana, LLC D/B/A Brown & Brown of
Baton Rouge, applying for supervisory writs, 21st
Judicial District Court, Parish of Livingston, No.
153838.

---

BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.

  **WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT